8-11-15

MS. CATHY S. LUSK, CLERK
TWELFTH COURT OF APPEALS
1517 WEST FRONT STREET
SUITE 354
TYLER, TX 75702


12TH COURT OF APPEALS
12th Court of Appeals District
AUG 11 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

RE: TRIAL COURT CASE NO.: 31675
12TH COURT OF APPEALS NO.: 12-15-00186-CR
LONNIE LYNN JOHNSON V. STATE OF TEXAS

DEAR MS. LUSK,

ON THE DATE OF JULY 31, 2015 I HAD SUBMITTED MY MOTION TO RECONSIDER HIS MOTIONS FOR APPOINTMENT OF APPELLATE COUNSEL TO THE 3RD DISTRICT COURT IN ANDERSON COUNTY, TEXAS, ALONG WITH MY AFFIDAVITS IN SUPPORT TO PROCEED ON APPEAL IN FORMA PAUPERIS, AND MY AFFIDAVIT IN SUPPORT OF MY MOTION IN APPELLANT'S INABILITY TO PAY COSTS FOR APPELLATE COUNSEL, AT WHICH TIME I FORWARDED SUCH, 2 COPIES, TO YOU.

MS. LUSK, AT THIS TIME, I'M RESPECTFULLY ASKING YOU WHAT THE STATUS IS ON THE ABOVE-MENTIONED MOTIONS.
DO I HAVE APPELLATE COUNSEL?

PLEASE INFORM ME ON MY REQUEST PERTAINING THE STATUS OF THESE MOTIONS.

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME AT THE BELOW PROVIDED ADDRESS.

THANK YOU FOR YOUR TIME AND ATTENTION IN THIS MATTER.

-1-

Very Truely Yours,

Lonnie Lynn Johnson #468254
Gurney Unit, TDCJ
1385 FM ~~XXX~~ 3328
~~XXXXXXXXXXXXXXXXXX~~
Palestine, Texas 75803

CC:

    Janice Staples, District Clerk
    3rd District Court;

    copy, File